# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| TERRY TYRONE PULLEN, JR., | Case No. 1:20-cv-0050 |
| Plaintiff, | District Judge Matthew W. McFarland |
| vs. | Magistrate Judge Caroline H. Gentry |
| CORRECTIONS OFFICER TABOR, et al., | |
| Defendants. | |

# ORDER

This matter is before the Court on Plaintiff's Notice to the Court (Doc. 47), which the Court construes as a motion. Plaintiff requests a copy of the Complaint (Doc. 5).

For the reasons stated in Plaintiff's motion, and for good cause shown, Plaintiff's motion is GRANTED. The Clerk of Court is hereby ORDERED to mail a copy of the Complaint to Plaintiff.

**IT IS SO ORDERED.**

                                                          */s/ Caroline H. Gentry*
                                                          Caroline H. Gentry
                                                          United States Magistrate Judge